B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky<br>Corbin Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M3 Energy Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka 3M Energy Resources, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**27-2588080** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**19485 South Hwy 66<br>Beverly, KY**<br><br>ZIP CODE **40913** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10531 4S Commons Drive, Suite 473<br>San Diego, CA**<br><br>ZIP CODE **92127** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Clay, Knox and Bell Counties, Kentucky** | ZIP CODE **40913** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1) (4/10) | FORM B1, Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**M3 Energy Resources, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____    _____<br>Signature of Attorney for Debtor(s)                    Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                                          FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | M3 Energy Resources, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X /s/ W. Thomas Bunch
Signature of Attorney for Debtor(s)

**W. Thomas Bunch   Bar No.   09160**
Printed Name of Attorney for Debtor(s) / Bar No.

**Bunch & Brock, Attorneys-at-Law**
Firm Name

**271 W. Short Street 805 Security Trust Building**
Address

**PO Box 2086  Lexington, KY  40588-2086**

**859-254-5522                   859-233-1434**
Telephone Number

**3/29/2011**    3/29/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Douglas A McClain aka Doug McClain Jr.
Signature of Authorized Individual

**Douglas A McClain aka Doug McClain Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**3/29/2011**    3/29/11
Date

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### CORBIN DIVISION

IN RE:

M3 Energy Resources, LLC

CASE NO. _____

DEBTOR(S)

## VERIFICATION OF MAILING LIST MATRIX

I,  **M3 Energy Resources, LLC**, the petitioner(s) in the above-styled
bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other
parties in interest consisting of 28 pages is true and correct and complete, to the best of
my (our) knowledge.

DATED 3/29/2011 _____

**/s/ Douglas A McClain aka Doug McClain Jr.**
**Douglas A McClain aka Doug McClain Jr.**
DEBTOR

I, **W. Thomas Bunch**, counsel for the petitioner(s) in the above-styled
bankruptcy action, declare that the attached mailing list matrix consisting of 28 pages
has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further
declare that the attached mailing list matrix can be relied upon by the Clerk of Court to provide notice to all
creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until
such time as any amendments may be made.

DATED 3/29/2011 _____

**/s/ W. Thomas Bunch**
COUNSEL FOR DEBTOR(S)                    ( W. Thomas Bunch )

A+ Portable Restrooms
1630 Hampton Road
London, KY 40741


AKJ Industries
10175 Six Mile Cypress Pkwy, Unit 1
Ft. Myers, FL 33966


ALB Engineering & Technology, PLLC
PO Box 166
Hebron, KY 41048


Brandeis
Department 8013
Carol Stream, IL 60122-8013


Allen, Beibei L.
2182 Blair Drive
Hebron, KY 41048


Allen, William G.
1707 KY 223
Flat Lick, KY 40935


Allen, William R.
2441 20th St. #D
SM, CA 90405


Argyll Aviation, LLC
10815 Rancho Bernardo Rd, #101
San Diego, CA 92127


Arnold, Douglas
1055 Paynes Mill Road
Versailles, KY 40383

Arnold, Ernest Bradley
1229 Cooper Drive
Lexington, KY 40502


Arnold, Lloyd
1327 N. Havenhurst Drive #4
West Hollywood, CA 90046


Arnold, Roy Wigham
129 North Alta Avenue
Danville, KY 40422


Asher, Amy S.
PO Box 123
Roark, KY 40979


Asher, Leonard J.
PO Box 315
Garrard, KY 40941


Asher, Roscoe E.
PO Box 71
Bledsoe, KY 40810


Asher, Troy L
PO Box 123
Roark, KY 40979


Aspen Century, LCC
252 Clayton Street, 4th Floor
Denver, CO  80206


AT&T
PO Box 105262
Atlanta, GA 30348

B&C Machine Shop, Inc.
Box 427
Middlesboro, KY 40965


Baker, David W.
18 Jamestown Estates
London, KY 40744


Baker, Duane
630 First Street
Henderson, KY 42420


Barbour, Ann Kathleen
409 Miller Street
Madison, IN 47250


Berry, Jr., Clifford
15229 S Hwy 421
PO Box 1070
Manchester, KY 40962


Blair Tire Co., Inc.
PO Box 185
Isom, KY 41824


Blatt, Karen Durham
13004 Blue Valley Place
Silver Springs, MD 20904


Bluegrass Materials Company
PO Box 905306
Charlotte, NC 28290-5306


Bowling, McKinely E.
4871 Bullskin Road
Sizerock, KY 41762

Brooks Tire Service, Inc.
Jct 25E and Hwy 92
PO Box 96
Four Mile, KY 40939


Bucyrus America, Inc.
2045 West Pike Street
Houston, PA 15342


Bucyrus SHM
15104 Collections Center Drive
Chicago, IL 60693


BWB of Tennessee, Inc.
dba La Follette Mine Supply Co.
PO Box 1449
163 Towe String Rd
LaFollette, TN 37766

C&D Sons Excavating, Inc.
4611 Hwy 211
Stoney Fork, KY 40988


Carbon Mine Supply, LLC
2028 South Mayo Trail
Pikeville, KY 41501


Carroll Engineering Co.
PO Box 860
Harlan, KY 40831


Caudill Seed Company, Inc.
1402 W. Main Street
Louisville, KY 40203-1328


Chartis
175 Water Street
New York, NY 10038

Chas Coal, LLC
252 Clayton Street, 4th Floor
Denver, CO  80206


Clay County Occupational Tax Office
305 Main Street
Manchester, KY 40962


Clay Septic & Portable Restrooms
114 Hurd Hill Road
Manchester, KY 40962


Coal Operators & Associates, Inc.
PO Box 3158
Pikeville, KY 41502


Collins, Charlie
2900 Johnson Road
London, KY 40741


Collins, Haze
PO Box 171
Fourmile, KY 40939


Commonwealth of Kentucky
Division of Unemployment Insurance
PO Box 948
Frankfort, KY 40602-0948


Community Trust Bank
PO Box 2947
Pikeville, KY 41502-2947


Compton, Gloria K.
2651 Bryan Station Road
Lexington, KY 40516

Cornett Automotive
PO Box 277
285 Old Hwy 421
Manchester, KY 40962

Covol Fuels No. 3, LLC
10653 S. Riverfront Pkwy, Ste 300
South Jordan, UT 84095

Cummins Crosspoint, LLC
Hazard Branch Hwy 15 S
PO Box 510
Hazard, KY 41701

Dapco, Inc.
2535 US Hwy 41A
South Dixon, KY 42409

Davidson, Stanley
153 Davidson Road
Manchester, KY 40962

Davis, James A.
148 Davis Road
Manchester, KY 40962

Dean Knuckles Enterprises, Inc.
103 S. Walnut Street
PO Box 532
Pineville, KY 40977

Deana's Trucking Company, LLC
PO Box 141
Hyden, KY 41749

Dearing, Kimberly D.
804 Surrey Lane
Lexington, KY 40503

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Douglas A McClain
aka Doug McClain, Jr.
10531 4S Commons Drive, Ste. 473
San Diego, CA  92127


Drill Steel Services, Inc.
4898 Highway 15
Whitesburg, KY 41858


Durham, Jr., Donald W.
2240 Cheshire Bridge Road #209
Atlanta, GA 30324


Dynamic Machine
140 Wetherby Street
Harrogate, TN 37752


Dynatech Electronics, Inc.
PO Box 884
Harlan, KY 40881


Dyno Nobel, Inc.
2795 E. Cottonwood Pkwy, Ste 500
Salt Lake City, UT 84121


Easy Valley Resources, LLC
1675 KY 718
Walker, KY 40997

Ellison, Jerry W.
PO Box 1108
New Tazewell, TN 37824


Equinox Leasing Company, LLC
252 Clayton Street, 4th Floor
Denver, CO  80206


Estep, Eric R.
218 Lilac Lane
PO Box 913
Hyden, KY 41749


Farmer, Anna E.
445 Severn Way
Lexington, KY 40503


FastStaff
601 Main Street, Suite 102
Hazard, KY 41707


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Fee, Eugene D.
PO Box 341
Dewitt, KY 40930


First Insurance Funding Corp.
PO Box 66468
Chicago, IL 60666-0468


Gates Supply
363 Ragland Road
Beckley, WV 25801

General Engineering Company
26485 Hillman Highway East
PO Box 549
Abingdon, VA 24212-0549


General Steel Contractors, Inc.
PO Box 1078
Hopkinsville, KY 42241


Gould's Electric Motor Repair, Inc.
PO Box 100
Indore, WV 25111-0100


Gray, Janice C.
2362 Hwy 149
Manchester, KY 40962


Grubb Industrial Steam Cleaning Systems
617 East Highway 577
Tyner, KY 40486


Guardian
PO Box 95101
Chicago, IL 60694-5101


Gumienny, David B.
39122 Pinebrook Drive
Sterling Heights, MI 48310


Hall Equipment & Supply Co., Inc.
425 Sackett Loop
Whitesburg, KY 41858


Harris, Donald
9177 N Hwy 11
Manchester, KY 40962

Hensley, Jr., Owen
1188 Price Hollow Road
Manchester, KY 40962


Henson, Marty R.
10 S Pennington Hill Road
Manchester, KY 40962


Hoskins, Timothy D.
13153 Hwy 406
Roark, KY 40979


Huntington National Bank
PO Box 182519
Columbus, OH 43218-2519


Hydromax Services, Inc.
dba Roto-Rooter
PO Box 70
Chandler, IN 47610


Impact Coal Trust
PO Box 2166
Lexington, KY 40588


Industrial Supply Co.
PO Box 1906
Knoxville, TN 37901


Innovative Sales & Service, Inc.
2040 Sharp Road
Speedwell, TN 37870


IronPeddlers
15 Ready Mix Road
London, KY 40741

```
J&S Lumber, Inc.
PO Box 70
Arjay, KY 40902




Jackson Energy Cooperative
(36 Saddlebro)
PO Box 790
Annville, KY 40402-0790




Jackson Energy Cooperative
(187 Blackber)
PO Box 790
Annville, KY 40402-0790




Jackson, Bruce D.
134 Jackson Hill Road
Manchester, KY 40962




Jackson, Clarence R.
General Delivery
Hima, KY 40951




Jackson, Delmas
5731 S Hwy 66
Big Creek, KY 40914




Jackson, Denzil
606 Ole Field Branch Road
Manchester, KY 40962




Jackson, Randall B.
10788 Hwy 1524
Manchester, KY 40962




Jadco Enterprises, Inc.
PO Box 952
Hyden, KY 41749
```

James Miceli
10531 4S Commons Drive, Ste. 473
San Diego, CA  92127


Johnson Industries
101 Pine Fork
Pikeville, KY 41501


Jones Mine Repair, LLC
PO Box 824
Hyden, KY 41749


Jones, Jr., Abijah
Jason Branch Road
8 Willies Way
Hyden, KY 41749


Kaman Industrial Technologies
PO Box 74566
Chicago, IL 60696-4566


KAMMCO
1110 West Main Street
Providence, KY 42450


Kentucky Department of Revenue
Frankfort, KY 40620-0004


Kentucky Mining Partners, LLC
450 West Crossville Road
Roswell, GA 30180


Kentucky State Treasurer
Department of Revenue
Frankfort, KY 40619-0001

Kentucky Utilities
PO Box 539013
Atlanta, GA 30353-9013


Kentucky Workers' Comp Funding Comm.
#42 Millcreek Park
PO Box 1128
Frankfort, KY 40602-1128


Kinley, Karolyn J.
129 W. 34th Avenue
Spokane, WA 99203


Knox County Fee Administrator
PO Box 177
Barbourville, KY 40906


Knuckles, Adam
5313 Trace Manor Lane
Knoxville, TN 37912


Knuckles, Billie Jean
511 Highway 190
Pineville, KY 40977


Knuckles, Clinton
231 Third Street
Manchester, KY 40962


Knuckles, Edgar E.
6729 South East Yorktown
Hobe Sound, FL 33455


Knuckles, George Matt
202 W. Waltann Lane
Phoenix, AZ 85023

Knuckles, Jacob
874 Stephen Trace Road
Barbourville, KY 40906


Knuckles, John William
728 Gill Street
Huntington, WV 25701


Knuckles, Jr., Vernon Vaughn
PO Box 46858
Cincinnati, OH 45246


Knuckles, Kenneth Wayne
2002 Stonebrook Circle
Mt. Juliet, TN 37122


Knuckles, Kevin
51 Port Watson Street, Apt. 9002
Cortland, NY 13045


Knuckles, Mark
32 Briarcliff Road
Upper Saddle River, NJ 07458


Knuckles, Michael Kirby
1212 Raceland Avenue #11
Raceland, KY 41169


Knuckles, Richard Allen
6480 CR 205
Bellevue, OH 44811


Knuckles, Ruth LFP
c/o Melissa Knuckles
1101 East Master Street
Corbin, KY 40701

Knuckles, Thomas R.
6075 Northwind Drive
Colorado Springs, CO 80918


Knuckles, William G.
314 W. Nebraska Avenue
Spokane, WA 99205


Komatsu Financial
PO Box 99303
Chicago, IL  60693-9303


L&M Trucking & Equipment Co., Inc.
362 Soggy Bottom
Clintwood, VA 24228


Larry Smith Trucking
PO Box 187
Barbourville, KY 40906


Lawson, Ronald
4299 Hwy 2011
Stoney Fork, KY 40988


Ledford, Nathan S.
105 Donnie Carnes Road
Arjay, KY 40902


Leslie Co. Occupational Tax Admin.
PO Box 620
Hyden, KY 41749


Leslie County News
PO Box 967
Hyden, KY 41749

Lewis, Johnny
62 Pea Ridge Road
PO Box 44
Artemus, KY 40903


Liberty Leasing Company, LLC
252 Clayton Ave., 4th Floor
Denver, CO  80206


London Utility Commission
PO Box 918
London, KY 40743


M&D Contractors, Inc.
2878 Hwy 107
Saltville, VA 24370


M&D Electrical Supply, LLC
3820 N. Hwy 15
Hazard, KY 41702


Magnolia Consulting & Funding, LLC
8491 W. Sunset Blvd., Suite 109
West Hollywood, CA 90069


Manchester Enterprises
103 Third Street
PO Box 449
Manchester, KY 40962-0449


Marshall, Cari Lynn Compton
10152 Foxridge Circle
Highlands Ranch, CO 81026


Mattco
65 Albert Lane
Harlan, KY 40831

Max Supply Company
143 Wilson Lane
Harrogate, TN 37752


McCoy, Kelley W.
226 Nutwood Road
Middlesboro, KY 40965


McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690


Medina Royalties, LLC
15601 N. Dallas Pkwy, Ste 900
Addison, TX 75001


Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660


Mills Bros. Garbage Service
PO Box 260
Girdler, KY 40943


Mills Pro Hardware
PO Box 199
4884 Hwy 66
Arjay, KY 40902


Mills, Matthew
PO Box 332
Heidrick, KY 40949


Mine Rescue Services, LLC
275 KY Hwy 2002
McKee, KY 40447

Mine Safety & Health Administration
PO Box 790390
St. Louis, MO 63179-0390


Mine Safety Associates
PO Box 872
Price, UT 84501


Mine Service Company, Inc.
Highway 15 South
PO Box 858
Hazard, KY 41702


Mine Shield, LLC
322 Crab Orchard Road
Lancaster, KY 40444


Miracle, Jr., Charles E.
399 Carter Branch
Pineville, KY 40977


Mitco Enterprises, Inc.
31 Firehouse Lane
Hyden, KY  41749


MJ&M Sales & Repair
PO Box 714
Hazard, KY 41702


Moody, Carolyn S.
4712 Trace Court
Lexington, KY 40514


Morgan, Nicholas W.
13788 N. Hwy 66
Oneida, KY 40972

```
Napier, Roland E.
14470 S. Hwy 421
Manchester, KY 40962




Napier, Russell D.
PO Box 72
Arjay, KY 40902




Nolan, David
148 Salem Subdivision
London, KY 40741




North American Gem US, Inc.
Pacific Center
430-609 Granville Street
Vancouver, BC  V7Y 1G5




North, David C.
82 Cayenne Lane
London, KY 40741




O.E.M. Retrofit, Inc.
3008 Chloe Road
Pikeville, KY 41501




Office of Surface Mining
PO Box 979068
St. Louis, MO 63197-9000




Parks Sanitation
PO Box 373
Garrard, KY 40941




Parks, Rebecca
4316 Ravine Trail
West Branch, MI 48661
```

Pauls Repair Shop, Inc.
PO Box 61
Big Rock, VA 24603


Pence, Denver S.
137 Meeshaway Trail
Medford Lakes, NJ 08055


Penn Stuart & Eskridge
Virginia House
PO Box 2288
Abingdon, VA 24212-2288


Pennington Electric, Inc.
3603 E. Alexandra Lane
Spokane, WA 99223


Pennington Electric, Inc.
2383 Hwy 931 North
Whitesburg, KY 41858


Plumb, Judith L.
3603 E. Alexandra Lane
Spokane, WA 99223


Prima International Trading
7000 Highbridge Road
Fayetteville, NY 13066


Putkovich, Viola E.
PO Box 1636
Cahiers, NC 28717


Quality Electric Motor Repair, Inc.
PO Box 196
Lashmeet, WV 24733

Quality Service & Supply, Inc.
788 Pine Hill Road
Tazewell, TN 37879


R.L. Miracle Distr. Co.
PO Box 667
US 25E
Pineville, KY 40977


R.R. Crawford Engineering, Inc.
13 Whitco Loop
Hwy 931 South
PO Box 929
Whitesburg, KY 41858


Radtke, Lucy
6116 Emerald Lake Drive
Troy, MI 48085


RC Heavy Haulers, Inc.
317 Cherry Street
Pineville, KY 40977


Redbird Mountain Coal Co., LLC
252 Clayton Ave., 4th Floor
Denver, CO  80206


Renella, Jr., Nick
187 Blackberry Lane
London, KY 40741


Rigsby Law Group, PLC
228 East High Street
PO Box 34106
Lexington, KY 40588-4106


Roark, Jeffery T.
25 Melrose Lane
Roark, KY 40979

Robbins, John F.
PO Box 130
Trenton, MI 48183


Robbins, Ronald D.
3575 Dust Commander Drive
Hamilton, OH 45011


Root, Jimmy
4675 Marydell Road
London, KY 40741


Rudd Equipment Company
Dept 77432
PO Box 77000
Detroit, MI 48277-0432


S&S Mining Mfg., Inc.
PO Box 277
Livingston, KY 40445


S&S Services, Inc.
PO Box R
Cumberland, KY 40823


Saylor Electric & Equipment Co., Inc.
1418 Highway 2007
Wallins Creek, KY 40873


Saylor Mine Battery, Inc.
PO Box 24
Baxter, KY 40806


Scott-Gross Company, Inc.
664 Magnolia Avenue
Lexington, KY 40505-3789

Senters, Mark D.
2222 Hwy 149
Manchester, KY 40962

SGS North America, Inc.
Citibank - New Castle, Delaware
PO Box 2502
Carol Stream, IL 60132-2502

Simpson, Janene Carole
PO Box 1352
Pineville, KY 40977

Simpson, Thea Roy
3467 Hwy 840
Wallins, KY 40873

Smallwood, Bradley K.
51 Deerfield Road
Helton, KY 40840

Smallwood, Ricky W.
399 E 80 Church Road
London, KY 40744

Southeast Service, Inc.
142 Ronald Lane
Cumberland Gap, TN 37724

Southern Appalachian Mine Supply, Inc.
9050 Executive Park Dr., Suite 100-B
Knoxville, TN 37923

Spider & Son's Glass & Radiators, Inc.
PO Box 55
N 19th Street Extension
Middlesboro, KY 40965

Star Rebuilders, LLC
PO Box 581
Madisonville, KY 42431


Steptoe & Johnson, PLLC
PO Box 910810
Lexington, KY 40591-0810


Stollings
6000 Ky. Hwy. 451
Hazard, KY 41701


SW Argyll Investments, LLC
10815 Rancho Bernardo Road, Ste. 100
San Diego, CA  92127


Swafford, Jimmy J.
155 Collins Lane
London, KY 40744


T&N Electric Motor Exchange, Inc.
PO Box 1086
Bluefield, VA 24605


Tandem Enterprises, LLC
5406 KY 459
Barbourville, KY 40906


Taylor, Marion Redwood
PO Box 54782
Lexington, KY 40555


TCC Resources, LLC
1851 Bridgestone Way
Lexington, KY 40511

The Daily News
120 N. 11th Street
Middlesboro, KY 40965


Thirft Bit Service, Inc.
404 W. Main Street
PO Box 517
Cumberland, KY 40823


Thompson, Donna
605 Bennett Lane
Rineyville, KY 40162


Thoroughbred Coal Sales, LLC
1851 Bridgeston Way
PO Box 11188
Lexington, KY 40511


Time Warner Cable
PO Box 371808
Pittsburgh, PA 15250-7808


Tincher-Williams Chevrolet, Inc.
PO Box 628
London, KY 40743-0628


Triple-S Steel Supply Co.
PO Box 21119
Houston, TX 77226


Tri-State Hydraulics, Inc.
PO Box 296
Middlesboro, KY 40965


Tri-State Mine Repair
84 Mazie Road
Keavy, KY 40737

Troublesome Creek Times
Attn: Karen
PO Box 1500
Hindman, KY 41822


Troxler Electronic Laboratories, Inc.
PO Box 12057
3008 Cornwallis Road Research
Triangle Park, NC 27709


Ultra-Lok Fasteners
7400 Kentucky Highway 451
Busy, KY 41723


United Central Industrial Supply Co.
PO Box 1919
Bristol, TN 37621


Universal Total Lubricants, Inc.
3315 N. Central Avenue
Knoxville, TN 37917


Valley Mine Service, Inc.
PO Box 57
Speedwell, TN 37870-0057


Van Meter Insurance Agency, Inc.
1240 Fair Way
Bowling Green, KY 42103


Venable Enterprises, Inc.
PO Box 610
Loyall, KY 40854


Venture Design Services, Inc.
1051 S. East Street
Anaheim, CA 92805

Virginia Drilling Company, LLC
PO Box 1198
Vansant, VA 24656


Warden, Louise Sheridan
413 Cochran Road
Lexington, KY 40502


Watley, Mary Truitt
32 Creech Hollow Road
Pineville, KY 40977


Wawrzyniak, Jean & Walter
25770 Groesbeck Road
Warren, MI 48089


Whayne Supply Company
2200 South Kentucky Avenue
Corbin, KY 40701


White, Nonie Arnold
2691 Meadow Wood Court
Clearwater, FL 34621


Windstream
PO Box 9001908
Louisville, KY 40290-1908


Wobig, Roger
9161 Pere Avenue
Livonia, MI 48150


Wood Creek Water District-KY House
PO Box 726
London, KY 40743-0726

Yealy Auto Electric, Inc.
PO Box 1858
Middlesboro, KY 40965