**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE:                                                                                                     CHAPTER 11

M3 ENERGY RESOURCES, LLC                                                        CASE NO. 11-60480
    DEBTOR

### AFFIDAVIT OF DOUGLAS A. McCLAIN, DESIGNATED SPOKESPERSON OF DEBTOR IN SUPPORT OF FIRST DAY MOTIONS

Affiant, Douglas A. McClain, aka Doug McClain, Jr., first being duly sworn, states and deposes as follows:

### Background of Debtor

1. I am the designated spokesperson for M3 Energy Resources, LLC (the "Debtor").

2. On March 31, 2011 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of the United States Code (the "Code"). The Debtor is operating its business as a debtor and debtor-in-possession pursuant to Code §§ 1107(a) and 1108. No request has been made for the appointment of a trustee or examiner, and no committee has been appointed in this case.

3. The secured creditors, in the order of priority[1], are:

    Aspen Century, LLC and its affiliates, being Chas Coal, LLC, Equinox Leasing, LLC, Liberty Leasing, LLC, Redbird Mountain Coal Company, LLC, (controlled by Pat Broe)

    Mitco Enterprises, Inc. (controlled by Charlie Collins)

---

[1] This Affidavit does not constitute an admission by the Debtor of the validity, enforceability or other *bone fides* of said secured creditors' loan documents, but rather the mere opinion of the Affiant.

TCC Resources, LLC (controlled by Thoroughbred Coal Company)

4.     **Historical Background**:    M3 was formed on May 11, 2010 in Delaware and given a foreign LLC status in Kentucky on July 28, 2010.  The Debtor exercised its right of a name change from 3M Energy Resources LLC to M3 Energy Resources LLC on October 26, 2010, for legal reasons relating to the use of its name as being too similar to another registered name.  The Debtor is owned 50% by James T. Miceli and 50% by Douglas A McClain, aka Doug McClain, Jr.  The Debtor is a Central Appalachian coal company based in San Diego, California.  It produces low sulfur, high BTU coal from its properties in a southeastern Kentucky region.  The Debtor was formed to purchase and operate coal mining activities, primarily in the Redbird area near Manchester, Kentucky.  On July 27, 2010, it purchased assets from various entities, including but not limited to, Aspen Century, LLC, Liberty Leasing, LLC, Equinox Leasing, LLC, and Chas Coal, LLC, and their related entities from Denver, Colorado, and Mitco Enterprises, Inc., Jadco Enterprises, LLC, and Charlie Collins, and began operations.  The Debtor currently employs approximately 25 employees for its local coal mining operation at one of its two deep mines, being Butcher Branch, its strip operation at Booger Mountain, and routine property maintenance which includes reclamation obligations and administrative and managerial staff duties at its mine office.  The Debtor has also hired security, which routinely staffs between 22-25 guards to maintain mine site security.

5.     **Critical Background**:    A petition for forcible detainer was filed by Aspen Century, LLC in the Harlan District Court for the Debtor's failure to pay royalties, rent on leased/purchased equipment, and failing to effectuate a transfer of permits from Chas Coal, LLC.  An agreed order was entered in the Harlan District Court which gave the Debtor until March 31, 2011, to pay arrears and back-up cash collateral on various bonds.  The

Debtor has attempted to satisfy those obligations but has not had sufficient time for its investors to conduct its due diligence. The purpose of the chapter 11 case is to effectuate a sale of its assets/rights and to pay all creditors in full.

6. Attached hereto is a description of the Debtor's current leasehold interest.

Further, Affiant Sayeth Naught.

M3 ENERGY RESOURCES, LLC

BY: _____
Douglas A. McClain
Its Designated Spokesperson

STATE OF __KY__ }
COUNTY OF __Fayette__ }

~~Subscribed, sworn to and~~ acknowledged before me by **Douglas A. McClain**, in his capacity as the designated spokesperson of M3 Energy Resources, LLC, on this 31st day of March, 2011. *by telephone* *whose voice was known by me*

My Commission Expires: __Aug. 31, 2013__ _____
NOTARY PUBLIC

Matthew B. Bunch
Bunch & Brock
P.O. Box 2086
Lexington, KY 40588-2086

(Original to be held on file by Bunch & Brock by overnight delivery on 4/1/11)

# Lease Summary

| Lessor | Date of Lease | Term | County | Lessee Notice Address |
|---|---|---|---|---|
| Begley Properties, LLC | 4/5/2006 | 5 years | Bell | 2001 Russell Dyche Memorial Highway 80<br>London, KY  40743 |
| James Brewer<br>Sharon Brewer | 4/12/2006 | 5 years (plus successive one-year extensions) | Know | 10876 Hwy 229<br>London, KY  40744 |
| "Caldwell Heirs":<br>Don W. Caldwell<br>John Caldwell<br>Phillip Caldwell<br>Gloria K. Caldwell | 4/25/2006 | 3 years (plus successive one-year extensions) | Leslie | 8430 Flick Road<br>Tipp City, OH  45371 |
| Johnny Jackson<br>Roberta Jackson | 2/6/2006 | 5 years (plus successive one-year extensions) | Clay | 134 Sad Hollow Road<br>London, KY  40741 |
| M. C. Jackson<br>Karlajean Jackson | 2/1/2006 | 5 years (plus successive one-year extensions) | Clay | 5715 S. 900 E.<br>Ogden, UT 84405 |
| "W.R. Knuckles Heirs":<br>Janene Carole Simpson<br><br>Kathleen Knuckles Barbour<br><br>Viola Knuckles Putkovich<br><br>Ronald Robbins<br><br>Esther Knuckles Taylor | 11/4/2005 (Addendum 2/6/2007) | 4 years (plus successive one-year extensions) | Bell | PO Box 1352<br>Pineville, KY  40977<br><br>309 North Fifth Street<br>Danville, KY  40422<br><br>Whispering Pines, Box 1636<br>Cashiers, NC  28717<br><br>3575 Dust Commander Dr<br>Hamilton, OH  45011<br><br>2121 Manor Drive, #119<br>Lexington, KY  40502 |
| Verna Rutledge | 6/5/2006 | 5 years (plus successive one-year extensions) | Clay | 199 Soapstone Hill Road<br>Peach Bottom, PA 17563 |

| Lessor | Date of Lease | Term | County | Lessee Notice Address |
|---|---|---|---|---|
| "Matthew Slusher Heirs": Mollie Slusher Tebalt / John Tebalt | 4/9/2007 | 5 years (plus successive one-year extensions) | Knox | 2258 Brushwick Drive Dayton, OH 45439 |
| Goldie May Slusher Peace / Henry C. Peace | | | | 2520 Kildare Avenue Dayton, OH 45414 |
| O.V. Slusher / Galema Slusher | | | | 2230 Acorn Fork Road Flat Lick, KY 40935 |
| Carlene Slusher | | | | 41 Apollo Drive Hinkle, KY 40953 |
| Donald Slusher Jr. / Jennifer Slusher | | | | 435 Creekmart Road Flat Lick, KY 40935 |
| Linda Slusher Belile / Jamie Belile | | | | 2896 Kentucky 1304 Bimble, KY 40915 |
| J.L. Smith | | | | 26812 Sequoia Lane Flat Rock, MI 48134 |
| Carolyn Smith Wagers | | | | 5444 Raymond Dearborn Heights, MI 48125 |
| Terry Wayne Smith / Peggy Smith | | | | 5428 Raymond Dearborn Heights, MI 48125 |
| Garrett Broughton, Jr. | | | | 3916 Kenny Lane Springboro, OH 45066 |
| Shirley M. Smith / Eddie R. Smith | | | | HC86, Box 97 Pineville, KY 40977 |
| Ruth Sparks / Clarence Sparks | | | | 230 Pine Mountain Circle Pineville, KY 40977 |
| "Morgan Slusher Heirs": Donald T. Bargo / Janice Bargo | 8/21/2006 | 5 years (or until exhaustion of mineable, merchantable coal) | Bell | 70 Crawford Lane Corbin, KY 40701 |
| Robert M. Greer / Jean Greer | | | | 20 St. Croix Way Englewood, FL 34223 |

Page 2 of 3

| Lessor | Date of Lease | Term | County | Lessee Notice Address |
|---|---|---|---|---|
| "Wilkerson Slusher Heirs":<br>Richard Cialone<br>Barbara Cialone<br><br>Jim Davis<br>Delma Davis<br><br>Bonita Blair<br><br>Nora Lee Slusher<br><br>Virginia Slusher | 8/10/2006 | 5 years (or until exhaustion of mineable, merchantable coal) | Bell | 4017 Woodworth Street<br>Dearborn, MI  48126<br><br>404 Allen Road<br>Zephyerville, FL  33541<br><br>4596 Woodbine<br>Dayton, OH  45432<br><br>4596 Woodbine<br>Dayton, OH  45432<br><br>4596 Woodbine<br>Fairborn, OH  45324 |
| "Warren Heirs":<br>Virgie Mae Warren<br><br>Sharon Gail Warren Calloway<br><br>James Franklin Warren<br>Perna Warren | 2/2/2005 | 5 years (plus successive one-year extensions) | Knox | HC86, Box 125<br>Pineville, KY  40977<br><br>PO Box 112<br>Hulen, KY  40845<br><br>HC86, Box 113<br>Pineville, KY  40977 |
| United States of America, through the Bureau of Land Management | 8/1/2006 | 20 years (plus successive ten-year extensions) | Clay | Daniel Boone National Forest<br>1700 Bypass Rd,<br>Winchester, KY 40391<br><br>Attn: Jerome E. Perez, Forest Supervisor |
|  |  |  |  |  |
|  |  |  |  |  |

**19485 South Hwy 66**
**Beverly, KY  40913**
**Phone: 858-798-1251**

#### COMPANY OVERVIEW

M3 Energy Resources, LLC ("M3" or the "Company") is a Central Appalachian coal company based in San Diego, California.  The Company produces low sulfur, high BTU coal from its properties in southeastern Kentucky.  The properties controlled by M3 contain vast reserves.

- Owns or controls the equipment and permits necessary to execute long term mine plans;
- A strong and deep **management team with over 200 years of combined experience** in the Central Appalachia area in all phases of coal production, Underground, Surface, Highwall Mining, Preparation, and Engineering.

M3 acquired these properties at the end of July, 2010. Since that time M3 has invested substantial time and money in renovating existing equipment, opening its existing mines, purchasing new equipment and ramping up both operations and production.  On August 25, 2010, less than a month after closing on the property, M3 shipped its 1st train and in October, 2010 shipped approximately 60,000 tons of clean coal.

#### RESERVES

The properties presently controlled by M3 contain low to mid sulfur, high BTU steam coal reserves in Clay, Bell, Knox and Leslie Counties of Kentucky. The Company has permitting either in place or pending to execute its long term mine plan for underground, surface and highwall mining operations.



#### MINING OPERATIONS

M3 is currently producing from one surface mining operation with plans to re-open two of its underground operations and one highwall mining operation in the near future.

*Strictly Private and Confidential*

**19485 South Hwy 66**
**Beverly, KY  40913**
**Phone: 858-798-1251**




Superior Highwall Miner                                    Butcher Branch Underground

## COAL PREPARATION

The Red Bird Plant is a heavy media vessel, diester tables and fine coal filter.  This plant is presently being retooled with updated equipment to achieve a higher recover and produce a better quality product.  This plant will produce a high quality product from coal that is mined from various locations and seams throughout the M3 properties.  With control of the an unit train loadout, M3 has the ability to process, separate and ship different quality products to fit the needs of our customers.



Red Bird Prep Plant

*Strictly Private and Confidential*



**19485 South Hwy 66**
**Beverly, KY  40913**
**Phone: 858-798-1251**

**SALES AND MARKETING**

The Company has a rail loadout on the CSX in the Jellico-Middlesboro freight district and has started shipping coal to various customers located in the southeast United States and in the North central United States.  The Alamo Loadout is a 4 hour unit train facility with a "state of the art" automatic sampling system.  The Company is poised to take advantage of the Central Appalachian spot market along with negotiations for extended term sales to various utilities.  A strong export market and growing electricity demand in the southeastern United States is expected to keep coal prices high for the foreseeable future.



Alamo Loadout

*Strictly Private and Confidential*



19485 South Hwy 66
Beverly, KY  40913
Phone: 858-798-1251



SGS

September 20, 2010

3 M ENERGY RESOURCES, LLC
10815 RANCHO BERNARDO ROAD
SUITE 101
SAN DIEGO CA 92127

Sample identification by
3 M ENERGY RESOURCES, LLC

SAMPLE PICKED UP
TRAIN SPLIT

Kind of sample
reported to us    COAL

Sample taken at   WENLAR

Sample taken by   3 M ENERGY RESOURCES, LLC

Date sampled      August 26, 2010

Date received     August 26, 2010

Analysis Report No.   49-383387

SHORT PROXIMATE - ULTIMATE ANALYSIS

|               | As Received | Dry Basis |
|---------------|-------------|-----------|
| % Moisture    | 5.12        | xxxxx     |
| % Carbon      | 71.78       | 75.65     |
| % Hydrogen    | 5.02        | 5.29      |
| % Nitrogen    | 1.61        | 1.70      |
| % Sulfur      | 1.47        | 1.55      |
| % Ash         | 7.50        | 7.90      |
| % Oxygen(diff)| 7.50        | 7.91      |
|               | 100.00      | 100.00    |
| Btu/lb        | 13105       | 13812   MAF  |

Respectfully submitted,
SGS   HARROGATE INC.

Harrogate Laboratory

SGS North America Inc. | Minerals Services
248 Harrogate Industrial Drive, ... 7752  t(423)869-5363  f(423)...   www.us.sgs.com

*Strictly Private and Confidential*



19485 South Hwy 66
Beverly, KY  40913
Phone: 858-798-1251

---

**SGS**

September 20, 2010

3 M ENERGY RESOURCES, LLC
10815 RANCHO BERNARDO ROAD
SUITE 101
SAN DIEGO CA 92127

Sample identification by
3 M ENERGY RESOURCES, LLC

SAMPLE PICKED UP
TRAIN SPLIT

Kind of sample reported to us   COAL

Sample taken at   WENLAR

Sample taken by   3 M ENERGY RESOURCES, LLC

Date sampled   August 26, 2010

Date received   August 26, 2010

Analysis Report No.   49-383386

**SHORT PROXIMATE - ULTIMATE ANALYSIS**

|  | As Received | Dry Basis |
|---|---|---|
| % Moisture | 5.31 | xxxxx |
| % Carbon | 71.02 | 75.00 |
| % Hydrogen | 5.00 | 5.28 |
| % Nitrogen | 1.58 | 1.67 |
| % Sulfur | 1.51 | 1.59 |
| % Ash | 8.26 | 8.72 |
| % Oxygen (diff) | 7.32 | 7.74 |
|  | 100.00 | 100.00 |
| Btu/lb | 13008 | 13737   MAF   15049 |

Respectfully submitted,
SGS NORTH AMERICA INC.

Harrogate Laboratory

SGS North America Inc. | Minerals Services Division
248 Harrogate Industrial Drive, Harrogate, TN 37752   t (423) 869-5383   f (423) 869-9391   www.us.sgs.com/minerals

*Strictly Private and Confidential*



19485 South Hwy 66  
Beverly, KY  40913  
Phone: 858-798-1251



September 20, 2010

3 M ENERGY RESOURCES, LLC  
10815 RANCHO BERNARDO ROAD  
SUITE 101  
SAN DIEGO CA 92127

Sample identification by  
3 M ENERGY RESOURCES, LLC

SAMPLE PICKED UP  
TRAIN SPLIT

Kind of sample reported to us: COAL

Sample taken at: WENLAR

Sample taken by: 3 M ENERGY RESOURCES, LLC

Date sampled: August 26, 2010

Date received: August 26, 2010

Analysis Report No.  49-383388

**SHORT PROXIMATE - ULTIMATE ANALYSIS**

|   | As Received | Dry Basis |
|---|---|---|
| % Moisture | 6.20 | xxxxx |
| % Carbon | 70.08 | 74.71 |
| % Hydrogen | 4.90 | 5.22 |
| % Nitrogen | 1.58 | 1.68 |
| % Sulfur | 1.31 | 1.40 |
| % Ash | 8.85 | 9.44 |
| % Oxygen (diff) | 7.08 | 7.55 |
|   | 100.00 | 100.00 |
| Btu/lb | 12686 | 13524   MAF  14934 |

Respectfully submitted,  
SGS NORTH AMERICA INC.

Harrogate Laboratory

SGS North America Inc. | Minerals Services Division  
248 Harrogate Industrial Drive, Harrogate, TN 37752   t (423) 869-5383   f (423) 869-9391   www.us.sgs.com/minerals

*Strictly Private and Confidential*



**19485 South Hwy 66**
**Beverly, KY  40913**
**Phone: 858-798-1251**

**CONTACT INFORMATION**
M3 Energy Resources, LLC
Attention: Jim Miceli, CEO
10531 4S Commons, #473
San Diego, CA  92127
Phone: 858-798-1251
Fax: 858-798-1250

*Strictly Private and Confidential*