B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of Kentucky
Corbin Division

In re  M3 Energy Resources, LLC                          ,    Case No. _____
                            Debtor                             Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Covol Fuels No. 3, LLC<br>10653 S. Riverfront Pkwy, Ste 300<br>South Jordan, UT 84095 | | | | $796,724.54 |
| Quality Service & Supply, Inc.<br>788 Pine Hill Road<br>Tazewell, TN 37879 | | | | $562,653.00 |
| Medina Royalties, LLC<br>15601 N. Dallas Pkwy, Ste 900<br>Addison, TX 75001 | | | | $457,897.49 |
| Prima International Trading<br>7000 Highbridge Road<br>Fayetteville, NY 13066 | | | | $442,000.00 |
| Rudd Equipment Company<br>Dept 77432<br>PO Box 77000<br>Detroit, MI 48277-0432 | | | | $411,342.80 |
| Mine Service Company, Inc.<br>Highway 15 South<br>PO Box 858<br>Hazard, KY 41702 | | | | $371,161.78 |

B4 (Official Form 4) (12/07) -Cont.

In re **M3 Energy Resources, LLC**,  Case No. _____
                Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Impact Coal Trust<br>PO Box 2166<br>Lexington, KY 40588 | | | | $294,031.74 |
| T&N Electric Motor Exchange, Inc.<br>PO Box 1086<br>Bluefield, VA 24605 | | | | $173,927.45 |
| BWB of Tennessee, Inc.<br>dba La Follette Mine Supply Co.<br>PO Box 1449<br>163 Towe String Rd<br>LaFollette, TN 37766 | | | | $171,174.91 |
| M&D Contractors, Inc.<br>2878 Hwy 107<br>Saltville, VA 24370 | | | | $135,000.00 |
| R.L. Miracle Distr. Co.<br>PO Box 667<br>US 25E<br>Pineville, KY 40977 | | | | $129,147.60 |
| First Insurance Funding Corp.<br>PO Box 66468<br>Chicago, IL 60666-0468 | | | | $124,593.52 |

B4 (Official Form 4) (12/07) -Cont.

In re  M3 Energy Resources, LLC
                   Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| M&D Electrical Supply, LLC 3820 N. Hwy 15 Hazard, KY 41702 | | | | $111,460.18 |
| Drill Steel Services, Inc. 4898 Highway 15 Whitesburg, KY 41858 | | | | $100,125.72 |
| Bucyrus SHM 15104 Collections Center Drive Chicago, IL 60693 | | | | $99,642.55 |
| Thoroughbred Coal Sales, LLC 1851 Bridgeston Way PO Box 11188 Lexington, KY 40511 | | | | $96,887.39 |
| Saylor Electric & Equipment Co., Inc. 1418 Highway 2007 Wallins Creek, KY 40873 | | | | $90,510.00 |
| Valley Mine Service, Inc. PO Box 57 Speedwell, TN 37870-0057 | | | | $89,432.07 |

B4 (Official Form 4) (12/07) -Cont.

In re M3 Energy Resources, LLC
Debtor

Case No. _____

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Brooks Tire Service, Inc. Jct 25E and Hwy 92 PO Box 96 Four Mile, KY 40939 | | | | $89,173.86 |
| Carroll Engineering Co. PO Box 860 Harlan, KY 40831 | | | | $84,157.01 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Douglas A McClain aka Doug McClain Jr, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3-31-11

Signature: _____

Douglas A McClain aka Doug McClain Jr. ,President
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.