## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON

IN RE:

M3 ENERGY RESOURCES, LLC                                           CASE NO. 11-60480

DEBTOR

### BANKRUPTCY JUDGE'S MINUTES OF FIRST DAY MOTIONS

DATE: FRIDAY, APRIL 1, 2011                                          PLACE: LEXINGTON
      9:30 A.M.

APPEARANCES:
    Matthew Bunch
    Liz Thompson
    Rachelle Dodson
    Stan Cave

03-31-11    MOTION of debtor for order to authorize continued use of existing business forms and records and authorizing maintenance of existing corporate bank accounts and cash management system **[#8]**

**Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.**

\* \* \* \* \* \*

03-31-11    MOTION of debtor to establish notice procedure and master service list **[#13]**

**Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.**

\* \* \* \* \* \*

03-31-11    MOTION of debtor for order authorizing debtor to continue making payments to maintain insurance **[#15]**

**Debtor to tender new order. Sustained on an interim basis authorizing payments to be made through April 19, 2011. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011,**

**in Lexington. Debtor to supplement the record with the identity of who is to be paid, a copy of the invoice and the due date.**

**04-01-11**  OBJECTION of U.S. Trustee **[#26]**

* * * * * *

**03-31-11**  MOTION of debtor for order authorizing payment of pre-petition accrued employee wages, salaries, withheld taxes and reimbursement of employee expenses and directing Traditional Bank to honor checks **[#17]**

**Debtor to tender new order. Sustained on an interim basis only for today's payroll. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.**

* * * * * *

**03-31-11**  MOTION of debtor for interim and final order (1) prohibiting utilities and landlord from altering, refusing or discontinuing service to the debtor, and (2) establishing procedures for (A) determining requests for assurance of payment, and (B) modifying the amount of assurance payment that a utility demands as adequate **[#18]**

**Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington. Debtor to serve parties and file proof of service within 3 days.**

* * * * * *

**03-31-11**  EMERGENCY MOTION of debtor for order approving shortened and limited notice of expedited hearing on certain first day motions and applications **[#19]**

**Sustained.**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON

IN RE:

**M3 ENERGY RESOURCES, LLC**                                    CASE NO. 11-60480

**DEBTOR**

### BANKRUPTCY JUDGE'S MINUTES OF FIRST DAY MOTIONS

DATE: FRIDAY, APRIL 1, 2011                                    PLACE: LEXINGTON
          9:30 A.M.

**APPEARANCES:**
   Matthew Bunch
   Liz Thompson
   Rachelle Dodson
   Stan Cave

03-31-11    MOTION of debtor for order to authorize continued use of existing business forms and records and authorizing maintenance of existing corporate bank accounts and cash management system **[#8]**

**Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.**

\* \* \* \* \* \*

03-31-11    MOTION of debtor to establish notice procedure and master service list **[#13]**

**Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.**

\* \* \* \* \* \*

03-31-11    MOTION of debtor for order authorizing debtor to continue making payments to maintain insurance **[#15]**

**Debtor to tender new order. Sustained on an interim basis authorizing payments to be made through April 19, 2011. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011,**

| | |
|---|---|
| | in Lexington. Debtor to supplement the record with the identity of who is to be paid, a copy of the invoice and the due date. |
| 04-01-11 | OBJECTION of U.S. Trustee **[#26]** |

\* \* \* \* \* \*

| | |
|---|---|
| 03-31-11 | MOTION of debtor for order authorizing payment of pre-petition accrued employee wages, salaries, withheld taxes and reimbursement of employee expenses and directing Traditional Bank to honor checks **[#17]** |
| | **Debtor to tender new order. Sustained on an interim basis only for today's payroll. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington.** |

\* \* \* \* \* \*

| | |
|---|---|
| 03-31-11 | MOTION of debtor for interim and final order (1) prohibiting utilities and landlord from altering, refusing or discontinuing service to the debtor, and (2) establishing procedures for (A) determining requests for assurance of payment, and (B) modifying the amount of assurance payment that a utility demands as adequate **[#18]** |
| | **Debtor to tender new order. Sustained on an interim basis. Objections due by noon on April 15, 2011. Final hearing to be held at 1:30 p.m. April 19, 2011, in Lexington. Debtor to serve parties and file proof of service within 3 days.** |

\* \* \* \* \* \*

| | |
|---|---|
| 03-31-11 | EMERGENCY MOTION of debtor for order approving shortened and limited notice of expedited hearing on certain first day motions and applications **[#19]** |
| | **Sustained.** |

---

*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Friday, April 01, 2011**
**(jms)**